UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL SNEED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 7:22-cv-00023-WLS |
| ANITA WATSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION FOR EXTENSION OF TIME

Defendant was served with Plaintiff's Complaint on April 14, 2022. The deadline by which Defendant was to respond to the Complaint was May 5, 2022. However, due to a error in calculating the deadline, Defendant believed a response was due on May 6, 2022 and filed a response on that date. Pursuant to L.R. 6.1, the Parties have stipulated and agreed that Defendant shall have an extension through May 6, 202 to respond to the Complaint in this action.

This 10th day of May, 2022.

HARBEN, HARTLEY & HAWKINS, LLP

/s/ Brian C. Smith
Brian C. Smith
Georgia Bar No. 001306

ATTORNEY FOR DEFENDANT

Gateway Professional Center
340 Jesse Jewell Parkway Ste. 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: bsmith@hhhlawyers.com

1

/s/ Brent J. Savage
Brent J. Savage
Georgia Bar No. 627450

ATTORNEY FOR PLAINTIFF

SAVAGE TURNER PINCKNEY & SAVAGE
P.O. Box 10600
Savannah, GA 31412
(912) 231-1140
Email: bsavage@savagelawfirm.net

SO ORDERED this 12th day of May, 2022.

W. Louis Sands, Sr. Judge
United States District Court

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing *Stipulation for Extension of Time* with the Clerk of Court using the e-filing system, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Brent J. Savage
Savage, Turner, Pinckney and Savage
102 Liberty St. Floor 8
Savannah, GA 31401
(912) 231-1140

Sam D. Dennis
Sam Dennis Law
1107 N. Patterson St.
Valdosta, GA 31601
(229) 244-4428

This 10th day of May, 2022.

HARBEN, HARTLEY & HAWKINS, LLP

/s/ Brian C. Smith
Brian C. Smith
Georgia Bar No. 001306

ATTORNEY FOR DEFENDANT

Gateway Professional Center
340 Jesse Jewell Parkway Ste. 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: bsmith@hhhlawyers.com

2