IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL SNEED, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-23(WLS) |
| | * |
| ANITA WATSON, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of March, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk